UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KEITH CROSSAN** | : | **CIVIL ACTION NO. 2:18-cv-0629** |
| **VERSUS** | : | |
| **LOUISE CLOHESSY** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

Trial was held on May 30 and 31, 2018, on the petition and motion for preliminary injunction brought by Keith Crossan under the United Nations Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. § 9001 *et seq.* After consideration of the evidence adduced and for reasons stated on the record in open court, a transcript of which is attached hereto and made a part hereof by reference, it is

**ORDERED, ADJUDGED, AND DECREED** that the petition be granted and it is **ORDERED** that the minor child, M.T.C.C., be returned to Ireland under terms and conditions to be set forth by supplemental return order(s) agreed to by the parties and approved by the court or issued by the court in the absence of agreement. The motion for preliminary injunction is **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs of court are assessed to respondent, Louise Clohessy. By separate order the court will set a schedule by which the plaintiff may submit a bill of costs to which he claims entitlement under 22 U.S.C. § 9007 as well as an opportunity for respondent to traverse before the court renders judgment on the issue.

THUS DONE AND SIGNED in Chambers this 1st day of June, 2018.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE